IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:08-cv-00068-MP-AK

1981 HONDA MOTORCYCLE VIN 2SC040XBC109519,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Motion to Dismiss by United States of America. Pursuant to the motion, it is hereby

**ORDERED AND ADJUDGED:**

This action is dismissed without prejudice with all parties to bear their own costs and fees.

**DONE AND ORDERED** this _29th_ day of October, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge